[No. 28121-6-I.   Division One.   December 31, 1992.]

DAVID G. HIGH, *Respondent*, v. THE DEPARTMENT
OF TRANSPORTATION, *Appellant*.

Appeal from judgments of the Superior Court for Skagit
County, No. 88-2-00857-7, Stanley K. Bruhn, J., entered
June 4, 1990, and February 27, 1991. *Affirmed in part,
reversed in part,* and *remanded* by unpublished opinion per
Grosse, C.J., concurred in by Coleman and Pekelis, JJ.


[No. 28417-7-I.   Division One.   December 31, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. DUY
TAN NGUYEN, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-01268-9, Joseph A. Thibodeau, J.,
entered May 14, 1991. *Affirmed* by unpublished opinion per
Forrest, J., concurred in by Pekelis and Baker, JJ.


[No. 28557-2-I.   Division One.   December 31, 1992.]

*In the Matter of the Personal Restraint of*
WALTER BIBLE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by un-
published opinion per Grosse, C.J., concurred in by Coleman
and Pekelis, JJ. Now published at 69 Wn. App. 394.


[No. 26306-4-I.   Division One.   December 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
K. HUBBARD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-07016-9, Arthur E. Piehler, J., entered June
7, 1990. *Affirmed* by unpublished per curiam opinion.